**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-41435 |
| | ) | |
| Roberto Capetillo | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**NOTICE OF MOTION**

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **August 1, 2014** at **1:00 p.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in his stead, in **North Branch Court (Round Lake Beach)**, or any other courtroom he may occupy at **1792 Nicole Lane, Round Lake Beach, Illinois, 60073** and shall there present **TRUSTEE'S MOTION TO COMPENSATE SPECIAL COUNSEL,** a copy of which is attached hereto and is herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

                                          Ilene F. Goldstein, as Trustee
                                          for Roberto Capetillo


                                          By:   /s/ Ilene F. Goldstein
                                                One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, Illinois 60062
(847) 562-9595

## CERTIFICATE OF SERVICE

Statement on service list regarding serving docs electronically

      I, Ilene F. Goldstein, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above referenced **TRUSTEE'S MOTION TO COMPENSATE SPECIAL COUNSEL** on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons on the service list, I caused a copy of the **TRUSTEE'S MOTION TO COMPENSATE SPECIAL COUNSEL**, to be e-mailed to the address listed, faxed to the number indicated or sent First Class Mail, as indicated, to each such person on the attached service list before the hour of 5:00 p.m. on July 11, 2014.

                                                  /s/ Ilene F. Goldstein
                                                     Ilene F. Goldstein

## SERVICE LIST

**U.S. Trustee**                                    **Via Court's Electronic Notice for Registrants**
Denise DeLaurent
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604

**Debtor's Counsel**                        **Via Court's Electronic Notice for Registrants**
James T. Magee
Magee Negele & Associates P.C.
444 N. Cedar Lake Road
Round Lake, IL 60073

**Debtor**                                                **Via First Class Mail**
Roberto Capetillo
107 Fairlawn Drive
Round Lake Park, IL 60073

**Special Counsel**                           **Via Hand Delivery**
Adam Hecht
Hecht & Seidman, LLC
900 Skokie Blvd, Ste 104
Northbrook, IL 60062

See Attached Service List. All Served via First Class Mail

Printed: 07/11/14 11:15 AM

# Creditor Mailing Matrix

Page: 1

### Case No.: 13-28988

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| American InfoSource LP as agent for | T Mobile/T-Mobile USA Inc<br>PO Box 248848 | Oklahoma City | OK | 73124-8848 |
| BANK OF AMERICA | PO BOX 982238 | EL PASO | TX | 79998-2238 |
| Bank of America, N.A. | 4161 Piedmont Parkway | Greensboro | NC | 27410 |
| Bev Bedoe, Coldwell Banker | | | | |
| Consumers Credit Union | P. O. Box 9119 | Waukegan | IL | 60079-9119 |
| Francisca C. Quezada | 107 Fairlawn Drive | Round Lake Park | IL | 60073-3110 |
| Ilene F Goldstein ESQ | Law Offices of Ilene F. Goldstein<br>900 Skokie Blvd | Northbrook | IL | 60062-4052 |
| James T Magee | Magee Negele & Associates P C<br>444 N Cedar Lake Rd | Round Lake | IL | 60073-2802 |
| Juan C Quezada | 107 Fairlawn Drive | Round Lake Park | IL | 60073-3110 |
| Lake County Radiology Assoc. | c/o Oac<br>P. O. Box 371100 | Milwaukee | WI | 53237-2200 |
| LANDMARK CREDIT UNION | P O BOX 510870 | NEW BERLIN | WI | 53151-0870 |
| Landmark Credit Union | 5445 SW Ridge Drive | New Berlin | WI | 53151 |
| Landmark Credit Union | 2775 South Moorland Road | New Berlin | WI | 53151 |
| North Chicago Fire Department | c/o Merchants Credit<br>223 W. Jackson Blvd., #400 | Chicago | IL | 60606-6974 |
| Northwestern Lake Forest Hosp. | 660 North Westmoreland Road | Lake Forest | IL | 60045-1696 |
| Northwestern Lake Forest Hosp. | c/o Malcolm S. Gerald & Assoc.<br>332 S. Michigan Ave., #600 | Chicago | IL | 60604-4318 |
| Patrick S Layng | Office of the U.S. Trustee, Region 11<br>219 S Dearborn St | Chicago | IL | 60604-2027 |
| Roberto Capetillo | 107 Fairlawn Drive | Round Lake Park | IL | 60073-3110 |
| T-Mobile USA, Inc. | c/o Enhanced Recovery Co.<br>8014 Bayberry Road | Jacksonville | FL | 32256-7412 |
| Trackers, Inc. | 1970 Spruce Hills Drive | Bettindorf | IA | 52722-2681 |
| U.S. Bank National Association | c/o Select Portfolio Servicing, Inc.<br>3815 South West Temple | Salt Lake City | UT | 84115-4412 |
| U.S. Bank National Association, as Trustee | | | | |
| U.S. Bankruptcy Court | Eastern Division<br>219 S Dearborn | Chicago | IL | 60604-1702 |

**Total:** 23

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-41435 |
| | ) | |
| Roberto Capetillo | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

### APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ADAM HECHT AND HECHT AND SEIDMEN LLC, SPECIAL COUNSEL TO THE TRUSTEE

Adam Hecht and Hecht and Seidman LLC, Special Counsel for Trustee, pursuant to §330 of the United States Bankruptcy Code, requests the entry of an order allowing and directing payment to Adam Hecht and Hecht and Seidman LLC. an award of $750.00 as final compensation as Special Counsel to the Trustee. In support of its application, Adam Hecht and Hecht and Seidman LLC, respectfully states as follows:

### BACKGROUND REGARDING COMMENCEMENT OF PROCEEDINGS

On October 23, 2013 a voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

### RETENTION OF ADAM HECHT AND HECHT AND SEIDMAN LLC

1. On July 11, 2014, this Court entered an Order granting the Trustee's Motion to Employ Adam Hecht and Hecht and Seidman LLC., as Special Counsel for the Estate. A copy of said Order is available on the Court's docket.

2. Adam Hecht and Hecht and Seidman LLC., were retained by the Trustee to assist in the sale of certain property interests of the Bankruptcy Estate. The Trustee recognized that this particular sale was unusually complicated in that there were two co-owners proceeding in different Bankruptcies; an unrecorded mortgage; and an additional mortgage which may or may not have been released.

The Trustee in reviewing the Retention of Special Counsel realized that if Special Counsel were to bill on an hourly rate the fees would be substantial for the reasons stated above. Therefore the Trustee negotiated a payment not to exceed $750.00 for Special Counsel's fee. Said agreement subject to Bankruptcy Court Order was approved by this Court in the Motion to Retain Special Counsel.

### ALL SERVICES PERFORMED BY ADAM HECHT AND HECHT AND SEIDMAN LLC WERE REASONABLE AND NECESSARY

3. Pursuant to §330 of the Code and the generally applicable criteria with respect to time, nature, extent and value of services performed, all of Adam Hecht and Hecht and Seidman LLC services are compensable and the compensation requested is fair and reasonable.

4. An Affidavit setting forth that Adam Hecht and Hecht and Seidman LLC has spent over $750.00 worth of attorney time is attached hereto as Exhibit A.

### CONCLUSION

5. The fee charged by Adam Hecht and Hecht and Seidman LLC, in this fee application are below its usual and customary rates charged during the period covered by this application for work performed for other clients in both bankruptcy and non-bankruptcy matters.

6. Adam Hecht and Hecht and Seidman LLC, has not entered into an agreement or understanding of any kind, expressed or implied, with any entity to share in its compensation received or to be received by Adam Hecht and Hecht and Seidman LLC for services rendered to the Trustee in this case.

7. More than 120 days has elapsed since the commencement of this case and Adam Hecht and Hecht and Seidman LLC, has not filed any prior applications for compensation or reimbursement of expenses. Accordingly, pursuant to §330 of the Code, Adam Hecht and Hecht and Seidman LLC, may present this application for final compensation.

WHEREFORE, Adam Hecht and Hecht and Seidman LLC, requests the entry of an order:

A.  Allowing and directing payment to Adam Hecht and Hecht and Seidman LLC, final compensation in the amount of $750.00 as final compensation.

B.  For such other and further relief as this Court deems appropriate.

    Respectfully submitted by
Ilene F. Goldstein

By: /s/ Ilene F. Goldstein

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, Illinois 60062
(847) 562-9595