**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| In re: | CAPETILLO, ROBERTO | § | Case No. 13-41435 |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **12/4/2015 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>09/30/2015</u>       By:   <u>/s/ Ilene F. Goldstein</u>
                                              Trustee

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: CAPETILLO, ROBERTO | § | Case No. 13-41435 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 35,500.00 |
| *and approved disbursements of* | $ 15,630.39 |
| *leaving a balance on hand of* [1] | $ 19,869.61 |
| **Balance on hand:** | $ 19,869.61 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 19,869.61 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 3,300.00 | 0.00 | 3,300.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 4,692.00 | 0.00 | 4,692.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 76.89 | 0.00 | 76.89 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 619.75 | 0.00 | 619.75 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 86.00 | 0.00 | 86.00 |
| Charges, U.S. Bankruptcy Court | 176.00 | 0.00 | 176.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,950.64 |
| Remaining balance: | $ 10,918.97 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 10,918.97 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 10,918.97 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 10,918.97 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 147,419.52 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | U.S. Bank National Association | 147,419.52 | 0.00 | 10,918.97 |

Total to be paid for tardy general unsecured claims: $ 10,918.97
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
(847) 562-9595


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 13-41435-ABG
Roberto Capetillo  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1  User: vrowe  Page 1 of 1  Date Rcvd: Nov 09, 2015
    Form ID: pdf006  Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2015.
```
db            #+Roberto Capetillo,    107 Fairlawn Drive,    Round Lake Park, IL 60073-3110
21138705     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America, N.a.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
21138706      +Carmax Auto Finance,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5897
21138707      +Carmax Auto Finance,    Attn: Bankruptcy,    P. O. Box 440609,    Kennesaw, GA 30160-9511
22039997      +U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
21138713      +Wells Fargo Bank,    P. O. Box 84712,    Sioux Falls, SD 57118-4712
21138714      +Wells Fargo Recovery,    P. O. Box 94423,    Albuquerque, NM 87199-4423
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21138708      +E-mail/Text: RBALTAZAR@ARMORSYS.COM Nov 10 2015 01:03:30      City of Rolling Meadows,
                c/o Armor Systems,    1700 Kiefer Drive, #1,    Zion, IL 60099-5105
21138709      +E-mail/Text: ACF-EBN@acf-inc.com Nov 10 2015 01:01:07      GE Money Bank,    c/o Atlantic Credit,
                P. O. Box 13386,    Roanoke, VA 24033-3386
22881016       E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2015 00:59:57      Synchrony Bank,
                c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                             TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21138710*     +GE Money Bank,    c/o Atlantic Credit,    P. O. Box 13386,    Roanoke, VA 24033-3386
21138711     ##+Illinois Tollway Authority,    c/o Arnold Harris,    600 West Jackson,    Chicago, IL 60661-5636
21138712     ##+Juan Quezada,    107 Fairlawn Drive,    Round Lake Park, IL 60073-3110
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2015  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2015 at the address(es) listed below:
```
          Ilene F Goldstein    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com, il35@ecfcbis.com
          Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgcourt@aol.com,
           IL35@ecfcbis.com
          Ilene F Goldstein, ESQ    ifgcourt@aol.com,    IL35@ecfcbis.com
          James T Magee    on behalf of Debtor Roberto  Capetillo bankruptcy@mageenegele.com
          Meredith S Fox    on behalf of Creditor   U.S. Bank National Association, as Trustee, in trust for
           registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
           Certificates, Series 2007-FF2 bknotice@klueverplatt.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```